# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHALMERS A. SIMPSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> PA. BOARD PROBATION / PAROLE, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-02343 <br><br> (SAPORITO, M.J.) |

## ORDER

AND NOW, this 26th day of July, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion to compel (Doc. 37) is **GRANTED in part and DENIED in part**;

2. Within **seven (7) days** after this date, the defendants shall produce to the plaintiff a copy of the electronic audio recording of the January 29, 2016, preliminary and detention hearing; and

3. The remainder of the relief requested is **DENIED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge